**Herman Boyd SMITH, Petitioner-Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.**

**No. 71–1645**

**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Oct. 29, 1971.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. Appellant sought relief on the grounds that (i) his arrest was illegal, (ii) he was subjected to an illegal search and seizure, (iii) he was placed in a line-up without benefit of counsel, (iv) he was not taken before a magistrate following his arrest, (v) he was not served with an indictment as required by State law,

(vi) his appointed counsel was ineffective, (vii) his conviction was based on circumstantial evidence, (viii) the complaining witness gave perjured testimony, and (ix) there was a variance between the property taken and the property described in the indictment.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.